# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**SHAHEED D. RUSSELL,**<br><br>    Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about September 23, 2025, in the Southern District of Ohio, the defendant, **SHAHEED D. RUSSELL**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Glock model 19X, 9mm pistol, bearing serial numbers AGCW556 and ADLK917, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of any offense alleged in the Indictment, the defendant, **SHAHEED D. RUSSELL**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28

U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Glock model 19X, 9mm pistol, bearing serial numbers AGCW556 and ADLK917; and
- Any associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**

2